IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMONA CONTRERAS, | Case No. 1:16-cv-3495 |
| Plaintiff, | |
| vs. | Judge Gary Feinerman |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 52

Pursuant to Fed. R. Civ. P. 52(a), and this Court's Orders (ECF #s 16 & 23), Plaintiff, RAMONA CONTRERAS, by and through her attorney MICHAEL BARTOLIC of ROBERTS BARTOLIC LLP, hereby moves for the entry of judgment in her favor against the Defendant. In support thereof, movant submits Plaintiff's Proposed Findings of Fact (ECF #26) and Memorandum of Law (ECF #27) in support thereof.

The Court should grant Plaintiff's Motion for Entry of Judgment and award her past due disability benefits, prejudgment interest payable thereon, and a declaratory judgment clarifying her right to future benefits, so long as she meets the policy's terms and conditions. 29 U.S.C. § 1132(a)(1)(B). Contreras seeks benefits due to her since May 6, 2015 in the amount of $1,393.74 per month, equal to 60% of her predisability earnings ($3,303.73), less offset for benefits awarded by SSA prior to any cost of loving adjustments ($588.50). (ECF #26, PSOF ¶¶ 10–11). In addition, Contreras seeks prejudgment interest at a rate of 9% per annum on the past due benefits. Though Plaintiff sought attorney's fees and costs under 29 U.S.C. § 1132(g) in the Complaint, Plaintiff reserves addressing that claim until after a decision on the merits.

WHEREFORE, Plaintiff prays that judgment be entered on her behalf.

/s/ Michael Bartolic
Michael Bartolic
Roberts Bartolic LLP
208 South LaSalle Street
Suite 1420
Chicago, Illinois 60604
Phone: (312) 635-1600
Email: mbartolic@robertsbartolic.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 21, 2016, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following counsel of record:

Edna S. Kersting
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603
Tel: (312) 821-6162
Fax: (312) 704-1522
edna.kersting@wilsonelser.com

By: /s/ Michael Bartolic
Michael Bartolic