**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RAMONA CONTRERAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 1:16-cv-03495<br><br>*Hon. Gary Feinerman*<br>*Magistrate Judge Mary Rowland* |

**DEFENDANT'S MOTION FOR JUDGMENT
PURSUANT TO F.R. CIV. P. 52**

Defendant United of Omaha Life Insurance Company ("United of Omaha"), by its undersigned counsel, moves this Honorable Court, pursuant to Rule 52 of the Federal Rules of Civil Procedure, to enter judgment in favor of United of Omaha and against Plaintiff Ramona Contreras ("Plaintiff") for the reasons set forth in its supporting Memorandum of Law filed contemporaneously herewith.

WHEREFORE, United of Omaha respectfully requests that this Court enter an order granting Judgment in its favor, and awarding United of Omaha such other and further relief as the Court deems just and equitable, including an award of their reasonable attorneys fees and costs pursuant to 29 U.S.C. §1132(g).

　　　　　　　　　　　　　　　　　　　　**Respectfully Submitted,**

　　　　　　　　　　　　　　　　　　　　**UNITED OF OMAHA LIFE INSURANCE
　　　　　　　　　　　　　　　　　　　　COMPANY, Defendant**

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Edna S. Kersting*
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Edna S. Kersting
WILSON, ELSER, MOSKOWITZ,
　EDELMAN & DICKER LLP

55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
(312) 704-0550
(312) 704-1522

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on October 21, 2016, the foregoing was served by operation of the Court's electronic filing systems upon the following:

***Attorneys for Plaintiff***
Michael Bartolic
Roberts Bartolic LLP
Chicago + Bay Area
208 South LaSalle Suite 1420
Chicago, Illinois  60604
Tel:   (312) 635-1600
Dir:    (312) 635-0948
Fax:  (312) 635-1601
mbartolic@robertsbartolic.com

      Parties may access this filing through the Court's system.

                                                */s/ Edna S. Kersting*
                                                Edna S. Kersting